SUE ELLEN WOOLDRIDGE
Assistant Attorney General

PAMELA S. TONGLAO, Attorney
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington DC 200026-3986
Telephone: (202) 305-0897

MCGREGOR W. SCOTT
United States Attorney
EDMUND BRENNAN
Assistant United States Attorney
501 I Street, 10th floor
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No. 2:05-CV-02205-LKK-PAN |
| Plaintiff, | STIPULATION AND ORDER |
| v. | TO TERMINATE CONSENT DECREE AND DISMISS ACTION |
| CALIFORNIA OLIVE RANCH, INC., | |
| Defendant. | |

Plaintiff, the United States of America, on behalf the United States Environmental Protection Agency ("EPA"), and Defendant, California Olive Ranch, Inc., hereby stipulate to terminate the Consent Decree between the parties in this case pursuant to Federal Rule of Civil Procedure 41(a)(2) and Paragraphs 42 and 43 of the Consent Decree and to dismiss the above-entitled action. In support of this stipulation, the parties state as follows:

1. On January 9, 2006, this Court entered the Consent Decree, which fully and completely resolved all claims alleged in this Clean Water Act ("CWA") enforcement action against the California Olive Ranch.

2. Specifically, the United States alleged in its Complaint that Defendant California Olive Ranch (1) discharged dredged or fill material into waters of the United States without

authorization by a CWA Section 404 permit issued by the Corps of Engineers of the United States Department of the Army, and (2) failed to comply with the requirement of an Administrative Order On Consent, issued by EPA, directing California Olive Ranch to acquire or dedicate a conservation easement over a separate parcel of land, at least 40 acres in size and containing not less than five percent density of vernal pools and/or vernal swales that constitute habitat for listed vernal pool crustacean species.  See Compl., ¶¶ 34-42.

3. The Consent Decree required Defendant California Olive Ranch to (1) pay a civil penalty to the United States in the amount of Seventy Thousand Dollars within 30 days of entry of this consent decree, and (2) certify that it purchased three mitigation credits at the Dove Ridge Conservation Bank.  See Consent Decree, ¶¶ 12, 16.

4. Defendant California Olive Ranch fulfilled all requirements of the Consent Decree in a timely manner and, therefore, all claims alleged by Plaintiff have been fully resolved.

WHEREFORE, the parties stipulate to the termination of the Consent Decree in this case between the United States and California Olive Ranch, and to the dismissal of this action.

Respectfully submitted,

Dated: March 3, 2006  
s/ Pamela S.Tonglao  
PAMELA S. TONGLAO  
United States Department of Justice  
Environmental Defense Section  
P.O. Box 23986  
Washington, D.C. 20026-3986  
Tel:  (202) 305-0897  
Fax : (202) 514-8865  

MCGREGOR W. SCOTT  
UNITED STATES ATTORNEY  
Eastern District of California  
EDMUND BRENNAN  
Assistant United States Attorney  
501 I Street, 10th floor  
Sacramento, CA 95814  
(916) 554-2700  
*Attorneys for Plaintiff United States*

Dated: March 3, 2006  
s/ George T. Kammerer  
GEORGE T. KAMMERER  
Hefner, Stark & Marois, LLP  
2150 River Plaza Drive, Suite 450  
Sacramento, CA 95833-4136  
Tel:     (916) 567-7312

Fax: (916) 925-1127
*Attorneys for Defendant California Olive Ranch*

**IT IS SO ORDERED.**

Dated: March 10, 2006.

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge
United States District Court